**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: February 24, 2011**

_____
BK1100796
MBA

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT COLUMBUS

| | |
|---|---|
| IN RE: | Case No. 10-63900 |
| Marcia Simpson | Chapter 13 |
| | Judge Hoffman Jr. |
| Debtor | |
| | **ORDER FOR RELIEF FROM STAY OF OHIO HOUSING FINANCE AGENCY, BY AND THROUGH U.S. BANK, N.A. ITS SERVICER (PROPERTY ADDRESS: 1733 QUEENSBRIDGE DRIVE COLUMBUS , OH 43235) (DOCKET #21)** |

This matter came to be considered on the Motion for Relief From Stay (the "Motion") filed by Ohio Housing Finance Agency, by and through U.S. Bank, N.A. its servicer ("Movant") on January 25, 2011 as Pacer Document #21 for the property located at 1733 Queensbridge Drive Columbus, OH 43235.

Movant has alleged that good cause exists for granting the Motion and that debtor, counsel for Debtor, the Chapter 13 Trustee, and all necessary parties were served with the Motion as indicated on the Certificate of Service attached to said Motion, and were served with a notice of

hearing by the Clerk on January 25, 2011. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by Section 362 of the Bankruptcy Code is terminated with respect to Movant, its successors and/or assigns.

2. The Chapter 13 Trustee shall discontinue payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor.

**SO ORDERED**

/s/ Ronald C Taylor
Ronald C Taylor, Case Attorney
Bar Registration No.0083298
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
```
PO Box 5480
Cincinnati, OH 45201-5480
```
(513) 241-3100 ext. 3472
(513) 354-6464 fax
Email: sohbk@lsrlaw.com

COPIES TO:

DEFAULT LIST

US Bank - Creditor

Bankruptcy Department
PO Box 5229
Cincinnati, OH 45201
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

###